UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11CR22

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| ADAM COCHRAN, et al. ) | |
| ) | |
| _____ ) | |

Pending before the Court is Defendant William Hargett's Motion to Unseal Document Number 180 [# 183]. Previously, the Court entered an Order directing Defendant Michael James Taylor and the Government to appear for an evidentiary hearing on Defendant Taylor's Sealed Motion [# 180]. (Order, Jan. 12, 2012.) Counsel for Defendant Hargett, however, interpreted the Court's Order as directing all defendants and their counsel to be present at the hearing. It was the Court's intention that only Defendant Michael James Taylor and his counsel need be present at the hearing for defendants; the hearing does not concern the other defendants. Accordingly, the Court **DENIES** Defendant Hargett's motion [# 183].

Signed: January 17, 2012

Dennis L. Howell
United States Magistrate Judge